UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANA E. RUIZ,<br><br>　　　　Plaintiff(s),<br><br>vs.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC. i/p/a as FEDEX GROUND, INC., FEDEX GROUND'S RISK MANAGEMENT DEPARTMENT, FEDERAL EXPRESS GROUND; JONES BRUNSWICK, LLC; JOHN DOES (1-100) (fictitious names); and A.B.C. COMPANIES (1-100) (fictitious entities),<br><br>　　　　Defendant(s). | Civil Action No.: 3:22-cv-03772-GC-TJB<br><br>Civil Action<br><br>**STIPULATION TO AMEND CAPTION** |

**IT IS HEREBY STIPULATED, CONSENTED AND AGREED**, by and between the undersigned attorneys for the parties hereto, that the caption in the above-captioned matter be and the same is hereby amended to remove the currently (and improperly) named defendant, FEDEX GROUND PACKAGE SYSTEM, INC. i/p/a as FEDEX GROUND, INC., FEDEX GROUND'S RISK MANAGEMENT DEPARTMENT, FEDERAL EXPRESS GROUND, and in said named defendant's place and stead the proper defendant, FEDEX GROUND PACKAGE SYSTEM, INC. be added.

**IT IS FURTHER STIPULATED, CONSENTED AND AGREED**, by and among the parties, that the Caption of the Action, as amended, shall, from henceforth be:

|  |  |
|---|---|
| ANA E. RUIZ,<br><br>   Plaintiff(s),<br><br>vs.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC.; JONES BRUNSWICK, LLC; JOHN DOES (1-100) (fictitious names); and A.B.C. COMPANIES (1-100) (fictitious entities),<br><br>   Defendants. | Civil Action No.: 3:22-cv-03772-GC-TJB |

**IT IS FURTHER STIPULATED, CONSENTED AND AGREED**, by and among the parties, that any and all references to the wrongly named defendant, FEDEX GROUND PACKAGE SYSTEM, INC. i/p/a as FEDEX GROUND, INC., FEDEX GROUND'S RISK MANAGEMENT DEPARTMENT, FEDERAL EXPRESS GROUND, in the pleadings be deemed to read and include in the place and stead of the improperly-named defendant, the properly named defendant, FEDEX GROUND PACKAGE SYSTEM, INC.

**IT IS FURTHER STIPULATED, CONSENTED AND AGREED**, that facsimile copies shall be deemed good and sufficient for all purposes as if original, and this Stipulation may be filed without further notice with the Clerk of the Court.

Date: June 22, 2022

GARCES, GRABLER, LEBROCQ, P.C.
*Attorneys for Plaintiff,*
ANA E. RUIZ

By: _____
RALPH G. CRETELLA, IV, ESQ.
235 Livingston Avenue
New Brunswick, New Jersey 08901
(732) 249-1300

CALLAHAN & FUSCO, LLC
*Attorneys for Defendant,*
FEDEX GROUND PACKAGE SYSTEM, INC.

By: _____
JAMES J. CRUDELE, ESQ.
103 Eisenhower Parkway, Suite 400
Roseland, New Jersey 07068 (877) 618-9770

LAW OFFICES OF JAMES H. ROHLFING
*Attorneys for Defendant,*
JONES BRUNSWICK, LLC

By: _____
MICHAEL A. MOURTZANAKIS, ESQ.
445 South Street, P.O. Box 1938
Morristown, New Jersey 07962
(973) 631-7300

**IT IS ORDERED** on this _____ day of _____ 2022.